ORDER directing the Clerk of Court to close all **cases** included on the second list (all MDL personal injury cases included within the scope of a current settlement agreement but not yet finally settled), subject to reinstatement should the anticipated settlements not be consummated.
The parties shall electronically submit, if they have not done so already, the necessary stipulations of discontinuance as soon as practicable.

. Ordered by Senior Judge Jack B. Weinstein on 03/18/2008.